# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand twenty-four.

United States of America,

    Appellee,

v.

Samuel Bankman-Fried, AKA Sealed Defendant 1,

    Defendant - Appellant.

**ORDER**

Docket No. 24-961

Counsel for Appellant has filed a scheduling letter pursuant to the Court's Local Rule 31.2(a)(1)(D), requesting an extended briefing deadline of September 13, 2024.

IT IS HEREBY ORDERED that the scheduling request is GRANTED. If the brief is not filed by the requested date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

