# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of September, two thousand twenty-four.

Before:     Richard J. Sullivan
                  *Circuit Judge.*

---

United States of America,

       Appellee,

   v.

Zixiao Gary Wang, Caroline Ellison, Nishad Singh, Ryan Salame,

       Defendants,

FTX Trading Ltd., West Realm Shires Inc, Alameda Research LLC, Alameda Research Ltd.,

       Intervenors,

Samuel Bankman-Fried, AKA Sealed Defendant 1,

       Defendant - Appellant.

**ORDER**

Docket No. 24-961

---

Appellant moves for leave to file an oversized brief of no more than 19,000 words. The motion is unopposed.

IT IS HEREBY ORDERED that the motion is GRANTED.

                                           For the Court:

                                           Catherine O'Hagan Wolfe,
                                           Clerk of Court

