

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 14, 2024

By CM/ECF

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: **United States v. Bankman-Fried**
     **Docket No. 24-961**

Dear Ms. Wolfe:

  Pursuant to this Court's procedures for the setting of deadlines for filing briefs in criminal appeals, the Government respectfully submits this letter to advise the Court and its adversary that it intends to file its brief on appeal on or before December 13, 2024.

  In addition, the Government requests permission to file, as needed, a supplemental appendix with its brief on appeal in order to satisfy the requirements of Fed. R. App. P. 30 or to provide parts of the record that will assist the Court in resolving the questions presented on appeal.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

         By: /s/ Danielle R. Sassoon
           Danielle R. Sassoon
           Assistant United States Attorney
           Tel: (212) 637-1115

cc: Alexandra A.E. Shapiro, Esq. (via CM/ECF)