# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September two thousand twenty-four,

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket No. 24-961 |
| v. | |
| Zixiao Gary Wang, Caroline Ellison, Nishad Singh, Ryan Salame, | |
| Defendants, | |
| FTX Trading Ltd., West Realm Shires Inc, Alameda Research LLC, Alameda Research Ltd., | |
| Intervenors, | |
| Samuel Bankman-Fried, AKA Sealed Defendant 1, | |
| Defendant - Appellant. | |

Counsel for APPELLEE United States of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting December 13, 2024 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before December 13, 2024.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

