# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-961

**Caption [use short title]**

**Motion for:** permission to file oversized brief of 19,000 words

**Set forth below precise, complete statement of relief sought:**

The Government seeks permission to file an oversized brief of up to 19,000 words, which is the equivalent length granted to appellant

United States v. Samuel Bankman-Fried

**MOVING PARTY:** United States of America  **OPPOSING PARTY:** Samuel Bankman-Fried

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**MOVING ATTORNEY:** Damian Williams, U.S. Attorney, Southern District of New York  **OPPOSING ATTORNEY:** Alexandra Shapiro, Esq.

[name of attorney, with firm, address, phone number and e-mail]

By: Danielle R. Sassoon Assistant U.S. Attorney | SHAPIRO ARATO BACH LLP
26 Federal Plaza, New York, NY 10278 | 1140 Avenue of the Americas, 17th Floor, New York, NY 10036
(212) 637-1115; Email: danielle.sassoon@usdoj.gov | (212) 257-4880

**Court- Judge/ Agency appealed from:** The Honorable Lewis A. Kaplan, United States District Judge, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Danielle R. Sassoon  **Date:** 11/22/2024  **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| *Appellee*, | : |
| | : **AFFIRMATION** |
| - v. - | : |
| | : No. 24-961 |
| ZIXIAO GARY WANG, CAROLINE ELLISON, NISHAD SINGH, RYAN SALAME, | : |
| *Defendants*, | : |
| FTX TRADING LTD., WEST REALM SHIRES INC, ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., | : |
| *Intervenors*, | : |
| SAMUEL BANKMAN-FRIED, AKA SEALED DEFENDANT 1, | : |
| *Defendant-Appellant.* | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK           )
COUNTY OF NEW YORK       :    ss.:
SOUTHERN DISTRICT OF NEW YORK   )

DANIELLE R. SASSOON, pursuant to 28 U.S.C. § 1746, hereby affirms under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York, and I represent the Government in this appeal. I submit this Affirmation in support of the Government's motion for permission to file an oversized brief of no more than 19,000 words. Appellant Samuel Bankman-Fried consents to this request.

2. This appeal arises from a month-long trial in the Southern District of New York before the Honorable Lewis A. Kaplan resulting in Bankman-Fried's conviction on seven counts related to his role as mastermind of one of the largest financial frauds in history, stealing more than $8 billion from the customers of his cryptocurrency exchange, FTX, and defrauding lenders to his trading firm, Alameda Research.

3. Superseding Indictment S6 22 Cr. 673 (LAK) (the "Indictment") was filed on August 14, 2023, in seven counts. Counts One and Three charged Bankman-Fried with wire fraud on customers of FTX and lenders to Alameda Research, respectively, in violation of 18 U.S.C. §§ 1343 and 2. Counts Two and Four charged Bankman-Fried with conspiracy to commit wire fraud on customers of FTX and on lenders to Alameda Research, respectively, in violation of 18 U.S.C. § 1349. Count Five charged Bankman-Fried with conspiracy to commit securities fraud on investors in FTX, in violation of 18 U.S.C. § 371 and 15 U.S.C. §§ 78j(b) and 78ff. Count Six charged Bankman-Fried with conspiracy to commit commodities fraud,

in violation of 18 U.S.C. § 371 and 7 U.S.C. §§ 9(1) and 13(a)(5). Count Seven charged Bankman-Fried with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h).

4. The four-week trial of Bankman-Fried commenced on October 3, 2023, and ended on November 2, 2023, when Bankman-Fried was convicted on all counts. On March 28, 2024, Bankman-Fried was sentenced principally to 25 years' imprisonment. Bankman-Fried is currently serving his sentence.

5. On September 4, 2024, this Court granted Bankman-Fried's unopposed motion to file an oversized brief of 19,000 words. *See* Dkt. 25.

6. On September 13, 2024, Bankman-Fried filed his brief, which contained 18,811 words. *See* Dkt. 28.

7. Because this appeal concerns a lengthy and complex trial (with a transcript of over 3,000 pages), and Bankman-Fried's brief raises numerous claims in an oversized brief, the Government requests a corresponding enlargement of its brief to 19,000 words.

8. On November 21, 2024, the Government conferred by email with counsel for the appellant, who consents to this motion.

3

## CONCLUSION

9.     I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated:     New York, New York
               November 22, 2024

                                        /s/ Danielle R. Sassoon
                                        Danielle R. Sassoon
                                          Assistant United States Attorney
                                          Telephone: (212) 637-1115

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned counsel hereby certifies that this motion complies with the type-volume limitation of the Federal Rules of Appellate Procedure. As measured by the word processing system used to prepare this motion, there are 448 words in this motion.

>DAMIAN WILLIAMS
>United States Attorney for the
>Southern District of New York
>
>/s/ Danielle R. Sassoon
>By: Danielle R. Sassoon
>Assistant United States Attorney
>(212) 637-1115