# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-961

**Caption [use short title]**

**Motion for:** extension of time within which to file reply brief and leave to file an oversized reply brief (unopposed)

Set forth below precise, complete statement of relief sought:

Appellant Samuel Bankman-Fried requests an extension of time within which to file his reply brief to January 31, 2025, and an order granting him leave to exceed the word limit prescribed by Local Rule 32.1(a)(4)(B) for his reply brief.

United States of America v. Bankman-Fried

**MOVING PARTY:** Samuel Bankman-Fried  **OPPOSING PARTY:** United States of America

☐ Plaintiff  ☒ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Alexandra A.E. Shapiro  **OPPOSING ATTORNEY:** Danielle Renee Sassoon

[name of attorney, with firm, address, phone number and e-mail]

Shapiro Arato Bach LLP
1140 6th Ave., 17th Floor, New York, NY 10036
(212) 257-4880; ashapiro@shapiroarato.com

U.S. Attorney's Office, S.D.N.Y.
One Saint Andrew's Plaza, New York, NY 10007
(212) 637-2200; Danielle.Sassoon@usdoj.gov

**Court- Judge/ Agency appealed from:** Hon. Lewis A. Kaplan, United States District Court for the S.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ Alexandra A.E. Shapiro  **Date:** December 10, 2024  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Appellee,<br><br>  v.<br><br>SAMUEL BANKMAN-FRIED,<br><br>   Defendant-Appellant. | No. 24-0961-cr<br><br>UNOPPOSED MOTION OF DEFENDANT-APPELLANT FOR EXTENSION OF TIME WITHIN WHICH TO FILE REPLY BRIEF AND FOR LEAVE TO FILE AN OVERSIZED REPLY BRIEF |

  Pursuant to Federal Rules of Appellate Procedure 26 and 27 and this Court's Rule 27.1, Appellant Samuel Bankman-Fried hereby moves to extend the time within which he may file his reply brief to January 31, 2025, and for an order granting him leave to exceed the word limit prescribed by Local Rule 32.1(a)(4)(B) for his reply brief.

  1. Unless an extension is granted, the current deadline for Appellant's reply brief would be January 3, 2025.

  2. Bankman-Fried was the CEO of FTX Trading, a cryptocurrency trading and lending platform, and the founder of Alameda, a related hedge fund. After a meteoric rise, FTX filed for bankruptcy during the crypto market meltdown in the fall of 2022. Bankman-Fried was then charged with numerous criminal

counts, including conspiracy, wire fraud, securities fraud, and commodities fraud.

3. Following a one-month jury trial on seven criminal counts in the United States District Court for the Southern District of New York before the Honorable Lewis A. Kaplan, Bankman-Fried was convicted on all counts. Judge Kaplan sentenced him to a term of 25 years' imprisonment and imposed a forfeiture money judgment of over $11 billion.

4. Bankman-Fried is serving his sentence.

5. The record in this case is extensive, and the appeal is legally and factually complex. The trial transcript is over 3,000 pages long, and there are over 400 district court docket entries. This Court granted applications by both parties to file briefs of up to 19,000 words; Bankman-Fried's opening brief was 18,811 words, and we expect the government's brief to be of comparable length.

6. In his appeal, Bankman-Fried raises five claims, some of which are issues of first impression in this Circuit. He challenges the district court's (1) rulings permitting the government to present evidence of loss while excluding contrary defense evidence; (2) rulings excluding defense evidence of Bankman-Fried's reliance of counsel as well as procedural rulings related to that evidentiary issue; (3) jury instructions on scienter; (4) rulings denying Bankman-Fried access to key information that could have supported the defense; and (5) the forfeiture order. In addition, he requests that the case be reassigned to a different district

judge on remand.

7. Bankman-Fried seeks to extend the deadline to file his reply brief by 28 days to ensure that appellate counsel have sufficient time to review the government's brief, prepare a responsive brief, and consult with Appellant, who is incarcerated, about the reply brief.

8. Furthermore, between now and the current deadline for Appellant's reply brief, lead appellate counsel has substantial professional obligations in other matters, including, *inter alia*, reply briefs due in connection with substantive motions in two criminal cases, *United States v. Milton*, No. 21-cr-478 (ER) (S.D.N.Y.) and *United States v. Sean Combs*, No. 24-cr-542 (AS) (S.D.N.Y.), as well as an oral argument before this Court in *United States v. Hernan Lopez*, No. 23-7183(L), a complex criminal appeal that will require substantial preparation.

9. The government will be filing an oversized brief of up to 19,000 words and requested that we combine any request for leave to file an oversized reply brief with our request for an extension of time. Accordingly, because the word limit in Local Rule 32.1 for reply briefs is half of the limit for principal briefs (*i.e.*, 7,000 words to reply to briefs of up to 14,000 words), here we request leave to file a reply brief of up to 9,500 words (*i.e.*, half of 19,000).

10. The government consents to this request and will not be filing a response to this motion. This is Appellant's first request for this relief.

Dated: December 10, 2024
New York, New York

Respectfully submitted,

*/s/ Alexandra A.E. Shapiro*

Alexandra A.E. Shapiro
Jason A. Driscoll
Ted Sampsell-Jones

SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas
17th Floor
New York, New York 10036
(212) 257-4880
ashapiro@shapiroarato.com
jdriscoll@shapiroarato.com
tsampselljones@shapiroarato.com

*Attorneys for Defendant-Appellant Samuel Bankman-Fried*