# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand twenty-four.

Before:    Alison J. Nathan,
                *Circuit Judge.*

_____

United States of America,

        Appellee,

  v.

Zixiao Gary Wang, Caroline Ellison, Nishad Singh, Ryan Salame,

        Defendants,

FTX Trading Ltd., West Realm Shires Inc, Alameda Research LLC, Alameda Research Ltd.,

        Intervenors,

Samuel Bankman-Fried, AKA Sealed Defendant 1,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 24-961

    Appellant moves for an extension of time to January 31, 2025 to file the reply brief and for leave to file an oversized reply brief of not more than 9,500 words.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                            For the Court:

                            Catherine O'Hagan Wolfe,
                            Clerk of Court