

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 24, 2025

**By CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Bankman-Fried*
                 **Docket No. 24-961**

Dear Ms. Wolfe:

      The Government respectfully submits this letter to update its oral argument statement in this case. The undersigned attorney will now be arguing this case for the United States, and is not available to appear for argument on the following dates:

April 14-May 2, 2025
June 16-July 3, 2025

                                                  Respectfully submitted,

                                                  MATTHEW PODOLSKY
                                                  Acting United States Attorney

                                 by: /s/ Nathan Rehn
                                                  Nathan Rehn
                                                  Assistant United States Attorney
                                                  (212) 637-2354

cc:    Counsel of record (by ECF)