

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 17, 2025

By CM/ECF

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Bankman-Fried**
           **Docket No. 24-961**

Dear Ms. Wolfe:

    I respectfully submit this letter to request that Hagan Scotten be terminated as additional counsel in the above-captioned appeal. Mr. Scotten has left the U.S. Attorney's Office and is no longer representing the Government in this appeal.

                            Respectfully submitted,

                            MATTHEW PODOLSKY
                            Acting United States Attorney

By: /s/ Nathan Rehn
       Nathan Rehn
       Assistant United States Attorney
       Chief of Appeals, Criminal Division
       Tel: (212) 637-2354