

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

May 2, 2025

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *United States of America v. Bankman-Fried*, No. 24-0961

Dear Ms. Wolfe:

    I represent Defendant-Appellant Samuel Bankman-Fried in the above-referenced matter. I write to inform the Court that I am now unavailable for oral argument from June 2, 2025 to July 3, 2025, in addition to the dates previously noted.

                              Respectfully submitted,

                              /s/ Alexandra A.E. Shapiro

                              Alexandra A.E. Shapiro

cc:    All Counsel (via ECF)