

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 2, 2025

**BY CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: <u>United States</u> v. <u>Samuel Bankman-Fried</u>
**Docket No. 24-961**

Dear Ms. Wolfe:

The Government respectfully submits this letter pursuant to Fed. R. App. P. 28(j), to notify the Court of the Supreme Court's decision in *Kousisis v. United States*, No. 23-909, 605 U.S. ---, 2025 WL 1459593 (2025), which held that "economic loss" to a victim is not required for a wire-fraud conviction.

In this appeal, Bankman-Fried argued that the jury instructions omitted what he characterized as the "requirement of intent to cause loss." (Br. 55). He expressly characterized "intent to cause loss" as an "element of the offense." (Br. 56). And he predicted that the Supreme Court would "likely" hold in *Kousisis* that a defendant may not be convicted of fraud if "inflicting economic harm on the victim was not an object of the offense." (Br. 57).

*Kousisis* confirms that those arguments are meritless. The Supreme Court affirmed "the validity of a federal fraud conviction when the defendant did not seek to cause the victim net pecuniary loss." 2025 WL 1459593, at *4. As the Supreme Court explained, "the wire fraud statute is agnostic about economic loss. The statute does not so much as mention loss, let alone require it. Instead, a defendant violates § 1343 by scheming to 'obtain' the victim's 'money or property,' regardless of whether he seeks to leave the victim economically worse off." *Id.* at *6. Thus, all of Bankman-Fried's arguments that are premised on a purported requirement that the Government prove "intent to cause loss," as opposed to intent to obtain money or property, should be rejected.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

by: /s/ Nathan Rehn
        Danielle Kudla
        Nathan Rehn
        Nicolas Roos
        Assistant United States Attorneys
        (212) 637-2354

cc: Alexandra Shapiro, Esq. (via CM/ECF)