

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

August 7, 2025

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *United States of America v. Bankman-Fried,* No. 24-0961

Dear Ms. Wolfe:

    On behalf of Defendant-Appellant Samuel Bankman-Fried I write to update the Court that, in addition to dates previously noted (Dkt. 52 and 60), I will be unavailable for oral argument November 5, 2025 to November 19, 2025. I understand that the Court has tentatively scheduled oral argument for the week of November 3, 2025, and respectfully request that, should the Court schedule argument on a date that week, it be either November 3rd or 4th.

                              Respectfully submitted,

                              /s/ Alexandra A.E. Shapiro

                              Alexandra A.E. Shapiro

cc:    All Counsel (via ECF)