

February 5, 2026

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

      Re:    *United States v. Bankman-Fried*, No. 24-961

Dear Ms. Wolfe:

      We write to advise the Court that Jason A. Driscoll has left the firm Shapiro Arato Bach LLP, and to request that he be withdrawn as counsel for appellant Samuel Bankman-Fried and removed from the docket and service list with respect to the above-referenced appeal. Alexandra Shapiro and Theodore Sampsell-Jones of Shapiro Arato Bach LLP will continue to represent Mr. Bankman-Fried.

      Respectfully submitted,

      /s/ Alexandra A.E. Shapiro

      Alexandra A.E. Shapiro

cc:    All Counsel (via ECF)