24-961-cr
*U.S. v. Bankman-Fried*

# In the
# United States Court of Appeals
# For the Second Circuit

————————————————

August Term 2025
Argued: November 4, 2025
Decided: June 12, 2026

No. 24-961-cr

UNITED STATES OF AMERICA,
*Appellee,*
v.
SAMUEL BANKMAN-FRIED,
*Defendant-Appellant,*

ZIXIAO GARY WANG, CAROLINE ELLISON, NISHAD SINGH, RYAN SALAME,
*Defendants,*
FTX TRADING LTD., WEST REALM SHIRES INC, ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD.,
*Intervenors.*

————————————————

## ERRATA

| Page | Line | Delete | Insert |
|------|------|--------|--------|
| 4 | 1 | Ripple. | XRP. |

Copies have been sent by Chambers to:
_X_  Panel Members
_X_  West Publishing Co.
_X_  Clerk of Court

So Ordered:

_/s/_____
Barrington D. Parker


United States Circuit Judge
July 21, 2026