**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of June, two thousand twenty-six.

Before:     Barrington D. Parker,
            Eunice C. Lee,
            Maria Araújo Kahn,
                 *Circuit Judges*.

_____

United States of America,

            Appellee,

    v.

Samuel Bankman-Fried,

            Defendant - Appellant,

Zixiao Gary Wang, Caroline Ellison, Nishad Singh, Ryan Salame,

            Defendants,

FTX Trading Ltd., West Realm Shires Inc, Alameda Research LLC, Alameda Research Ltd.,

            Intervenors.

_____

**JUDGMENT**

Docket No. 24-961

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 08/04/2026**